# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————————

No. 97-3009MN

——————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| John Leonard Ecker, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

——————————

Submitted: June 9, 1998
Filed: June 15, 1998

——————————

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

——————————

PER CURIAM.

John Leonard Ecker appeals the district court's order denying his request for complete or conditional discharge from his 18 U.S.C. § 4246(d) commitment. Ecker contends the district court should have conducted a hearing on his request and improperly found Ecker's own submissions failed to show he was no longer mentally ill and dangerous. Having reviewed the record and the parties' briefs, we conclude Ecker's contentions are without merit and affirm for the reasons stated in the district court's memorandum opinion and order. See 8th Cir. R. 47B. We also deny Ecker's pro se motion to dismiss the appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.